Gregg L. Weiner
Stephen S. Rabinowitz
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000

Attorneys for Plaintiff
Keryx Biopharmaceuticals, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
KERYX BIOPHARMACEUTICALS, INC.,

                        Plaintiff,

      - against -                          **DISCLOSURE PURSUANT
TO FEDERAL RULE OF
CIVIL PROCEDURE 7.1**

PANION & BF BIOTECH INC.,

                       Defendant.
------------------------------------------------------------ x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, the undersigned attorney of record for Plaintiff Keryx Biopharmaceuticals, Inc. (a private non-governmental party) certifies as follows: Plaintiff has no parent corporation and no

publicly held corporation owns 10% or more of its stock.

Dated:   New York, New York
         November 16, 2007

                                          Respectfully submitted,

                                          FRIED, FRANK, HARRIS, SHRIVER
                                              & JACOBSON LLP

                               By: _____
                                              Gregg L. Weiner
                                              Stephen S. Rabinowitz

                                          One New York Plaza
                                          New York, New York  10004-1980
                                          (212) 859-8000

                                          Attorneys for Plaintiff
                                          Keryx Biopharmaceuticals, Inc.

559501