UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
KERYX BIOPHARMACEUTICALS, INC.,           :
                                          :     07 Civ. 10376 (CSH)
                    Plaintiff,            :
                                          :
         -against-                        :
                                          :     ORDER
PANION & BF BIOTECH, INC.,                :
                                          :
                    Defendant.            :
------------------------------------------------------------- x

HAIGHT, Senior District Judge:

On November 19, 2007, this Court signed an Order to Show Cause scheduling a hearing on November 27, 2007 to address plaintiff's motion for a preliminary injunction. The Order to Show Cause establishes an expedited briefing schedule, whereby plaintiff must serve its brief in support of its motion for a preliminary injunction by November 20, 2007, defendant must serve its opposing papers by November 23, 2007, and plaintiff must serve its reply papers by November 26, 2007.

The court will be closed on Friday, November 23, 2007, on account of the Thanksgiving holiday. Due to the court holiday, it is unclear whether defendant will be able to electronically file its opposing papers on that day. Under these circumstances, defendant is directed to email or personally serve its opposing papers upon plaintiff's counsel by 5 p.m. on November 23, 2007. In addition, defendant is directed to email its opposing papers to the following two email addresses: (1) tmjhaight@aol.com, and (2) andrew_lee@alumni.brown.edu.

It is SO ORDERED.

Dated: New York, New York
       November 20, 2007

                                          _____
                                          CHARLES S. HAIGHT, JR.
                                          SENIOR UNITED STATES DISTRICT JUDGE