*HAIGHT,* **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

KERYX BIOPHARMACEUTICALS, INC.,

                    Plaintiff,

        - against -

PANION & BF BIOTECH, INC.,

                    Defendant.

-------------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-07
```

07 Civ. 10376 (CSH)

**ORDER TO SHOW CAUSE**

Upon the Complaint filed in this action on November 16, 2007, the Declaration of

Michael S. Weiss dated November 19, 2007, with attached exhibits, the Declaration of Gregg L.

Weiner dated November 19, 2007, with attached exhibits, the accompanying Memorandum of

Law, and all proceedings in this action, and sufficient cause have been alleged therefor, it is

hereby

    ORDERED that Defendant appear before this Court in Courtroom 17C, United

States Courthouse, 500 Pearl Street, New York, New York on the 27TH day of November,

2007, at 10:00 o'clock A.m. and show cause why an order should not be entered

1.  pending trial of this action, directing Defendant, its agents, employees and attorneys, to

consult in good faith with Keryx concerning prosecution of licensed patent

applications, including by permitting contact between Panion's Japanese patent counsel

and the patent counsel of Keryx's sublicensee, Japan Tobacco, and by requesting a

three-month extension of the deadline for responding to the Japanese patent office

concerning prosecution of the patent rights licensed under the parties' License

Agreement, dated November 5, 2005;

2.  preliminarily enjoining Defendant, its directors, officers, agents, servants, employees,

attorneys, and all other persons in active concert or participation with it who receive notice of this order, (a) from interfering with Keryx's rights under section 3.1 of the parties' License Agreement to develop the Product licensed under the License Agreement, and (b) from serving a notice of termination under the License Agreement prior to January 30, 2008; and it is further

ORDERED that pursuant to 30(a), 33(a), 34(b) of the Federal Rules of Civil Procedure, expedited discovery shall commence in this action pursuant to the following schedule:

1. Within ten (10) days from service of notice thereof, each party shall respond to written discovery requests of its adversary and make responsive documents and things available for inspection and copying in New York, New York;

2. Within ten (10) days from service of notice thereof, each party shall respond to written interrogatories of its adversary;

3. Within ten (10) days from service of notice thereof, each party shall appear for deposition by its adversary in New York, New York; and it is further

ORDERED that pursuant to Rule 65 of the Federal Rules of Civil Procedure, the following is the schedule for submission of papers in connection with Plaintiff's motion for a preliminary injunction:

1. On or before the 20th day of November, 2007, at 5 p.m., Plaintiff shall serve upon Defendant (or its counsel if any) all declarations, memoranda of law and other papers in support of Plaintiff's motion for preliminary injunction by electronic filing or email;

2. On or before the 23rd day of November, 2007, at 5 p.m., any opposition papers shall be served upon counsel for Plaintiff by electronic filing or email;

2

3.  On or before the 26th day of November, 2007, at 5 p.m., any reply papers shall be

served upon Defendant (or its counsel if any) by electronic filing or email;

ORDERED that pursuant to Rule 16 of the Federal Rules of Civil Procedure, an

accelerated schedule for final disposition of the case shall be in effect such that all dispositive

motions shall be fully submitted by the 21 day of December, 2007 and that trial on the

merits shall be set for the 22 day of January, 2008; and it is further

ORDERED that Exhibit 1 to the Declaration of Michael S. Weiss shall be filed under

seal, and that the Clerk of the Court shall maintain such exhibit under seal pending further order

of the Court; and it is further

ORDERED that any portion of papers to be filed either in support of or opposition to

Plaintiff's motion for a preliminary injunction that contain confidential and/or proprietary

information shall be filed under seal; and it is further

ORDERED that Plaintiff shall serve copies of this Order and the papers upon which it is

granted by email and expedited courier service upon Defendant (or its counsel if any) on or

before November 20, 2007 at 5:00 o'clock P .m.

Dated: New York, New York
       November 19 , 2007.

_____
United States District Judge

559603