Gregg L. Weiner
Stephen S. Rabinowitz
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
Attorneys for Plaintiff
Keryx Biopharmaceuticals, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KERYX BIOPHARMACEUTICALS, INC.,        :        ECF CASE

                           Plaintiff,      :        07 Civ. 10376 (CSH)

          - against -                           :        **CERTIFICATE OF SERVICE**

PANION & BF BIOTECH, INC.,             :

                          Defendant.      :
-----------------------------------------------------------------x

      I am Managing Attorney of and Special Counsel to the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, and a member of the Bar of this Court. On November 20, 2007, I served or caused to be served upon the counsel named below, by email, a true copy of each of the following documents: the Declaration of Gregg L. Weiner dated November 20, 2007; the Declaration of Eiichi Arai dated November 20, 2007; the Declaration of Beth Levine dated November 20, 2007; the Declaration of William J. Bennett dated November 20, 2007; and the Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction. I further certify that this morning, I served upon the same counsel, by email, a true copy of a revised version of the Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, in which certain minor errors were corrected.

Jack Chung, Esq.
401 Broadway Suite 2009
New York, NY 10013
Email: jackchunglaw@gmail.com

Attorney for Defendant
Panion & BF Biotech, Inc.

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: New York, New York
       November 21, 2007

_____
John A. Borek

NY02/559832