```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-28-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KERYX BIOPHARMACEUTICALS, INC.,         :    ECF CASE

                           Plaintiff,    :    07 Civ. 10376 (CSH)

    - against -                               :    **ORDER DIRECTING
                                                  SEALING OF**
PANION & BF BIOTECH, INC.,              :    **ERRONEOUSLY
                                                  FILED DOCUMENTS**

                          Defendant.    :
------------------------------------------------------------------x

      WHEREAS in submitting its papers in opposition to the motion for a preliminary injunction by plaintiff Keryx Biopharmaceuticals, Inc., counsel for defendant Panion & BF Biotech, Inc. inadvertently publicly filed, via the Court's CM/ECF system, certain documents that ought to have been filed under seal pursuant to the Court's November 19, 2007 order, consisting of the following:

      1. Declaration of Michael Chiang, part 1 (Docket No. 16-3);

      2. Declaration of Michael Chiang, part 2 (Docket No. 16-4);

      3. Declaration of Cindy Chiang (Docket No. 16-5);

      4. Declaration of Keith Chan (Docket No. 16-6);

      5. Declaration of Albert Wai-Kit Chan (Docket No. 16-7); and

      6. Defendant's Memorandum of Law (Docket No. 16-9),

      IT IS HEREBY ORDERED that the above listed documents are required to be removed from the Court's CM/ECF system forthwith, and that the Clerk of the Court shall take all necessary steps to immediately remove such documents, and shall, in lieu of electronic filing accept such documents for filing under seal.

Dated: New York, New York
November 27, 2007.

_____
The Honorable Charles S. Haight,
United States District Judge