AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

KERYX BIOPHARMACEUTICALS, INC.

V.

PANION & BF BIOTECH, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 10376

TO: (Name and address of Defendant)

PANION & BF BIOTECH, INC.
16F NO. 3, YUANQU STREET
NANGANG DISTRICT
TAIPEI, TAIWAN
REPUBLIC OF CHINA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GREGG L. WEINER
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ONE NEW YORK PLAZA
NEW YORK, NEW YORK 10004-1980

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

NOV 1 6 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>November 19, 2007 |
| NAME OF SERVER *(PRINT)*<br>Shuai-Sheng (Jackson) Huang | TITLE<br>Attorney, Partner |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Service was effected by transmitting the documents to Panion & BF Biotech, Inc., 16F No. 3, Yuanqu Street, Nangang District, Taipei, Taiwan, Republic of China by courier and by express registered mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 19, 2007     Shuai-Sheng (Jackson) Huang  *[signature]*
               Date                                    *Signature of Server*

                             15th Fl., Lotus Bldg. 136 Jen Ai Road, Section 3, Taipei 106, Taiwan
                                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO:  07 CV 10376

KERYX BIOPHARMACEUTICALS INC

V.

PANION & BF BIOTECH, INC

[AFFIDAVIT/AFFIRMATION] OF SERVICE

I, Shuai-Sheng (Jackson) Huang of Formosa Transnational Attorneys at Law with offices at 15F, 136, Jen-Ai Road Section 3, Taipei, Taiwan, being duly sworn, MAKE OATH and say/solemnly and sincerely affirm as follows:

1. I am an attorney licensed to practice law in Taiwan, Republic of China.  I have been admitted to the Taipei Bar Association since April, 1997 and the New York State Bar Association since November 2005.  I am a partner in the firm of Formosa Transnational Attorneys-at-Law, specializing in Taiwan civil and criminal litigation.  The facts deposed herein are true and correct and are within my person knowledge except as otherwise stated, and am competent to testify hereto.

2. On November 19, 2007, service of the Summons and Complaint was effected by transmitting the documents to Panion & BF Biotech, Inc., 16F No. 3, Yuanqu Street, Nangang District, Taipei, Taiwan, Republic of China by courier and express registered mail.

Affirmed on this 19th day of November, 2007

_____
Shuai-Sheng (Jackson) Huang