UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
KERYX BIOPHARMACEUTICALS, INC.,
                 Plaintiff,

      -against-

PANION & BF BIOTECH, INC.,

                Defendant.
------------------------------------------------------------- x

07 Civ. 10376 (CSH)

ORDER

HAIGHT, Senior District Judge:

    In a letter to the Court dated December 4, 2007, counsel for Panion requested that the Court hold a telephone conference to discuss issues relating to the discovery schedule in this case. The letter identifies three particular issues—relating to a 45-day freeze period, the deposition locations for Michael Chiang and Cindy Chiang, and disqualification of the Formosa law firm from this action—and states that "the e-mails exchanged between [Keryx's counsel] and [Panion's counsel] should summarize the parties' positions on the issues that may require your decision." Attached to the letter are approximately 50 pages of email exchanges between counsel for the parties.

    The Court will not hold a telephone conference at this time. Furthermore, the Court declines the invitation of Panion's counsel to parse these voluminous email exchanges in an effort to identify the disputes and the parties' contentions with respect to them. Instead, the Court directs each party to submit a letter to the Court that clearly states: (1) the issues to be decided by Judge Haight, (2) the decision requested by the party on each issue, and (3) the reasons why those requests should be granted. The letters should be faxed or emailed to the Court by 5:00 p.m. on December 7, 2007.

    It is SO ORDERED.

Dated: New York, New York
        December 5, 2007

                                                  CHARLES S. HAIGHT, JR.