Albert Wai-Kit Chan
Law Offices of Albert Wai-Kit Chan, PLLC
141-07 20th Avenue, World Plaza Suite 604
Whitestone, New York 11357
(718)-799-1000
Attorney for Defendant
Panion & BF Biotech, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KERYX BIOPHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> -against- <br><br><br> PANION & BF BIOTECH, INC., <br><br> Defendant. | ECF CASE <br><br> 07 Civ. 10376 (CSH) <br><br> **CERTIFICATE OF SERVICE** |

    I am Of Counsel in the above-referenced case, representing Defendant Panion & BF Biotech, Inc., and also a member of the Bar of this Court. On January 14, 2008, I served or caused to be served upon the counsel named below, by email, a true copy of the following document: the Answer to Plaintiff's First Amended Complaint and Counterclaims of Defendant Panion & BF Biotech, Inc., dated January 14, 2008.

    Gregg L. Weiner, Esq.
    Fried, Frank, Harris, Shriver & Jacobson LLP
    One New York Plaza
    New York, NY 10004
    Email: Gregg.Weiner@friedfrank.com

    Stephen S. Rabinowitz, Esq.
    Fried, Frank, Harris, Shriver & Jacobson LLP
    One New York Plaza
    New York, NY 10004
    Email: srabinowitz@friedfrank.com

I further certify that yesterday evening, I served upon counsel Gregg L. Weiner the aforementioned document by sending or causing to be sent overnight a true copy of said document by Federal Express courier, depositing said copy into the courier's drop-box in advance of the courier's final pick-up time (Federal Express tracking number #8610 1188 2003).

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:  Whitestone, New York
        January 15, 2008

                                                    _____
                                                    Albert Wai-Kit Chan