USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-7-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
KERYX BIOPHARMACEUTICALS, INC.,

                                     Plaintiff,

           - against -

PANION & BF BIOTECH, INC.,

                                     Defendant.
------------------------------------------------------------------- x

ECF Case

07 Civ. 10376 (CSH)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the undersigned counsel, that the above-captioned action, including but not limited to any and all claims for relief asserted by either party in this action, shall be and hereby is dismissed with prejudice. The Court will retain jurisdiction to enforce the Settlement Agreement.

Dated: New York, New York
          March 14, 2008

Fried, Frank, Harris, Shriver & Jacobson LLP

By: _____
     Gregg L. Weiner

One New York Plaza
New York, New York 10004
212-859-8579
Gregg.weiner@friedfrank.com

Attorneys for Plaintiff

Kaplan, von Ohlen & Massamillo, LLC

By: _____
     Thomas G. Carulli

555 Fifth Avenue, 15th Floor
New York, New York 10017
212-991-5916
tcarulli@kvolaw.com

Attorneys for Defendant

IT IS SO ORDERED:

_____
United States District Judge

562571

April 7, 2008